## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HOWARD LEE LEACH**                                                                                      **PLAINTIFF**
**ADC # 111353**

**v.**                                              **4:07CV00881WRW/BD**

**LEROY BROWNLEE**                                                                                        **DEFENDANT**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby DISMISSES Plaintiff's Complaint without prejudice and DENIES Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* as moot.

IT IS SO ORDERED this 15th day of October, 2007.


/s /Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE